peals for the First Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Alexander Wheeler* for respondents.

No. 850. RAYBESTOS-MANHATTAN, INC. *v.* UNITED STATES. May 20, 1935. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Charles H. LeFevre* and *Howard S. LeRoy* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 869. UNITED STATES *v.* ATLANTIC MUTUAL INSURANCE Co. May 20, 1935. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Reed* for the United States. *Mr. J. M. Richardson Lyeth* for respondent.

No. 876. MCFEELY *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. G. F. Snyder* for petitioner. *Solicitor General Reed* for respondent.

No. 879. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ST. LOUIS UNION TRUST Co. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Daniel N. Kirby* for respondent.